IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENA TRULLINGER, CHAD TRULLINGER and JACK TRULLINGER, a minor, by and through his Guardian, DENA TRULLINGER,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES POSTAL SERVICE; UNITED STATES OF AMERICA; CANDICE L. BROWN and DOES 1-20, Inclusive,<br><br>Defendants. | Case No.: 1: 11-cv-02125-LJO-BAM<br><br>ORDER APPOINTING GUARDIAN AD LITEM FOR JACK TRULLINGER |

On December 23, 2011, plaintiff Dena Trullinger, the mother of plaintiff Jack Trullinger (the "Minor"), filed a petition to be appointed the Minor's guardian ad litem. (Doc. 5.) Upon consideration of the petition, the petition is hereby GRANTED.

IT IS HEREBY ORDERED that Dena Trullinger is appointed as guardian ad litem for plaintiff Jack Trullinger in this action.

IT IS SO ORDERED.

Dated: **January 3, 2012**   /s/ **Barbara A. McAuliffe**
UNITED STATES MAGISTRATE JUDGE

1