BENJAMIN B. WAGNER
United States Attorney
BENJAMIN E. HALL (SBN 219924)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant
United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENA TRULLINGER, CHAD TRULLINGER and JACK TRULLINGER, a minor, by and through his Guardian, DENA TRULLINGER,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>UNITED STATES POSTAL SERVICE; UNITED STATES OF AMERICA; CANDACE L. BROWN and DOES 1-20, Inclusive,<br><br>　　　　Defendants. | 1:11-cv-02125-LJO-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE** |

　　　The parties hereby stipulate and request that the Mandatory Scheduling Conference be continued from February 23, 2012, to April 2, 2012, at 9:00 a.m. in Courtroom #8, since the United States of America's response to the Complaint in this matter is not due until March 12, 2012.

///

///

```
                                        Respectfully submitted,

Dated: February 16, 2012.               BENJAMIN B. WAGNER
                                        United States Attorney


                                  By:   /s/ Benjamin E. Hall
                                        BENJAMIN E. HALL
                                        Assistant U.S. Attorney
                                        Attorneys for Defendants


Dated: February 16, 2012.               YOUNGER LEMUCCHI

                                        [Authorized 2/16/12]


                                  By:   /s/ Timothy Lemucchi
                                        TIMOTHY LEMUCCHI
                                        Attorneys for Plaintiffs
```

IT IS SO ORDERED.

Dated:   February 16, 2012                    /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE

2

STIPULATION AND PROPOSED ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE