BENJAMIN B. WAGNER
United States Attorney
BENJAMIN E. HALL (SBN 219924)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant
United States of America

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENA TRULLINGER, CHAD TRULLINGER and JACK TRULLINGER, a minor, by and through his Guardian, DENA TRULLINGER,<br><br>    Plaintiffs,<br><br>  vs.<br><br>UNITED STATES POSTAL SERVICE; UNITED STATES OF AMERICA; CANDACE L. BROWN and DOES 1-20, Inclusive,<br><br>    Defendants. | 1:11-cv-02125-LJO-BAM<br><br>**STIPULATION FOR DISMISSAL; ORDER** |

　　　IT IS HEREBY STIPULATED by and among the parties to the above-captioned action, through their designated counsel, that this action be dismissed without prejudice pursuant to Rule 41(a), Federal Rules of Civil Procedure.

///

///

///

1
STIPULATION FOR DISMISSAL; ORDER

```
                                    Respectfully submitted,

Dated: March 23, 2012.              BENJAMIN B. WAGNER
                                    United States Attorney


                               By:  /s/ Benjamin E. Hall
                                    BENJAMIN E. HALL
                                    Assistant U.S. Attorney
                                    Attorneys for Defendants


Dated: March 23, 2012.              YOUNGER LEMUCCHI

                                    [Authorized 3/22/12]

                               By:  /s/ Timothy Lemucchi
                                    TIMOTHY LEMUCCHI
                                    Attorneys for Plaintiffs
```

**ORDER**

IT IS SO ORDERED.  The Clerk is directed to close this action.

IT IS SO ORDERED.

**Dated:   March 23, 2012**            /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE

2
STIPULATION FOR DISMISSAL; ORDER