1  BENJAMIN B. WAGNER
   United States Attorney
2  BENJAMIN E. HALL (SBN 219924)
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Defendant
   United States of America

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENA TRULLINGER, CHAD TRULLINGER and JACK TRULLINGER, a minor, by and through his Guardian, DENA TRULLINGER,<br><br>            Plaintiffs,<br><br>    vs.<br><br>UNITED STATES POSTAL SERVICE; UNITED STATES OF AMERICA; CANDACE L. BROWN and DOES 1-20, Inclusive,<br><br>            Defendants. | 1:11-cv-02125-LJO-BAM<br><br>**STIPULATION FOR DISMISSAL; ORDER** |

IT IS HEREBY STIPULATED by and among the parties to the above-captioned action, through their designated counsel, that this action be dismissed without prejudice pursuant to Rule 41(a), Federal Rules of Civil Procedure.

///

///

///

1
STIPULATION FOR DISMISSAL; ORDER

```
                                    Respectfully submitted,

Dated: March 23, 2012.              BENJAMIN B. WAGNER
                                    United States Attorney


                              By:   /s/ Benjamin E. Hall
                                    BENJAMIN E. HALL
                                    Assistant U.S. Attorney
                                    Attorneys for Defendants


Dated: March 23, 2012.              YOUNGER LEMUCCHI

                                    [Authorized 3/22/12]

                              By:   /s/ Timothy Lemucchi
                                    TIMOTHY LEMUCCHI
                                    Attorneys for Plaintiffs
```

## ORDER

IT IS SO ORDERED.  The Clerk is directed to close this action.

                                                    IT IS SO ORDERED.

**Dated:   March 23, 2012**            /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE